

1415 Marlton Pike (Route 70) East
Cherry Hill Plaza – Suite 205
Cherry Hill, NJ 08034
Phone (856) 795-9110
Toll Free (800) 529-3161
Fax 856-795-8641
www.cooperlevenson.com

**WILLIAM RUBLEY**
Also Admitted to PA Bar
EMAIL: wrubley@cooperlevenson.com

Direct Phone (856) 857-5520
Direct Fax (856) 857-5521

FILE NO. 62700/00001

October 20, 2020

<u>Via Electronic Filing</u>

Hon. Michael A. Shipp
United States District Court
District of New Jersey Trenton
Clarkson S. Fisher Federal Building
& U.S. Courthouse, Room 5000
402 E. State Street
Trenton, NJ  08608

      Re:    Rhodes vs. Marix Servicing, LLC, et al.
             Docket No. 3:12-cv-01636

Dear Judge Shipp:

     As you are aware, this office represents the Plaintiffs, William and Melissa Rhodes, in the above entitled matter.  At this time the Plaintiffs are working with the remaining Defendants, EMC Mortgage and the current servicer of the mortgage, to determine the best course of action with all parties.  Please accept this letter as a request for an extension of the original October 19, 2020 deadline to advise the Court of the Plaintiff's intentions going forward.  The remaining parties are actively working to resolve the outstanding issues at this time.

     If you have any questions, please do not hesitate to contact my office.

                                                   Respectfully Submitted,

                                                   William Rubley

WR/nm
cc:    Gregg P. Tabakin, Esquire *(via email)*